17 F.3d 1431
 U.S.
v.
Murphy (John, Frances), Schwarzberg (Eli), State, N.J. Bell
Telephone Co., N.J. Bank & Trust Co., n/k/a New Jersey Bank
N.A., First National Bank of Hamilton Square, n/k/a First
Fidelity Bank, N.A., Keats Motors, Inc., Growney Funeral
Home, Corwin (Norman, Dorothy), R.H. Macy & Co. Inc.,
Hunterdon Medical Center, Hunterdon County Credit Bureau,
Broad St. National Bank of Trenton, Utility Propane Co.,
Crystal (David), Hospital & Doctors Service Bureau,
 NO. 93-5333
 United States Court of Appeals,
Third Circuit.
 Jan 04, 1994
 
 Appeal From: D.N.J.,
 Brotman, J.
 
 
 1
 AFFIRMED.